# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| ULISSES NAVARETTE | ) Case No. 5:25-mj-00084-CDB |
| aka ULISSES NAVARRETE | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

**FILED**

**Oct 22, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 17, 2024_____ in the county of _____Kern_____ in the

_____Eastern_____ District of _____California_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in Possession of a Firearm |
| | |
| | PENALTIES:  Not more than 180 months, |
| | Not more than $250,000 fine or both |
| | A three-year term of Supervised Release |
| | |
| | SPECIAL ASSESSMENT: $100 (mandatory on each count) |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caleb Lyman, FBI Special Agent
*Printed name and title*

Affidavit submitted by email/pdf and attested to me as
true and accurate by telephone consistent with
Fed.R.Crim. P. 4.1 and 41(d)(3).

Date: _____10/22/2025_____

_____
*Judge's signature*

City and state: _____Bakersfield, CA_____

Christopher D.Baker, US Magistrate Judge
*Printed name and title*

FILED

Oct 22, 2025

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:25-mj-00084-CDB |
| Plaintiff, | **AFFIDAVIT OF SA CALEB LYMAN IN SUPPORT OF CRIMINAL COMPLAINT** |
| v. | |
| ULISSES NAVARETTE aka ULISSES NAVARRETE | |
| Defendants. | |

I, Caleb Lyman, Special Agent, Federal Bureau of Investigation, being duly sworn, state as follows:

**PURPOSE**

1.     This Affidavit is made in support of a criminal complaint and arrest warrant for:

**ULISSES NAVARETTE aka ULISSES NAVARRETE** for the following violations of federal law: 18 U.S.C. 922(g)(1), felon in possession of a firearm.

**AGENT BACKGROUND**

2.     I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been employed with the FBI since December 2021. I have been assigned to the Bakersfield RA since April 2022. I was trained as an FBI Special Agent at the FBI Academy in Quantico, Virginia.

3.     During the course of my employment as an FBI Special Agent, I have participated in criminal and national security investigations. I have participated in investigations of gangs and organizations trafficking

1

1    controlled substances and, among other things, have conducted or participated in surveillances, the execution of

2    search warrants, tasking and debriefing of informants, and conducted consensual monitoring. Through my

3    training, education, and experience, I have become familiar with how gang and drug trafficking organizations

4    conduct their illicit activities.

5        4.    I am an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title

6    18 of the United States Code, that is, an officer of the United States who is empowered by law to conduct

7    investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18 and Title 21 of the

8    United States Code. I am also a "federal law enforcement officer" within the meaning of Federal Rule of Criminal

9    Procedure 41(a)(2)(C).

10                            **SCOPE OF CRIMINAL COMPLAINT**

11        5.    Based on the facts below, there is probable cause to believe that violations of 18 U.S.C. 922(g)(1)

12    have been committed by **ULISSES NAVARETTE aka ULISSES NAVARRETE ("NAVARETTE")**.

13        6.    Unless stated otherwise, I have personal knowledge of all the matters set forth in this Affidavit.

14    To the extent any information in this Affidavit is not within my personal knowledge, it was made known to me

15    through my own review of the documents discussed in this Affidavit and through reliable law enforcement

16    sources, including discussions with other law enforcement officers assigned to this case.  The conclusions and

17    opinions set forth below are based on my experience and training as a FBI Special Agent, and conversations I

18    have had with other law enforcement officers who are familiar with the facts and circumstances of this

19    investigation.  Because I am submitting this Affidavit for the limited purpose of a complaint and arrest warrant for

20    the defendant identified above, I have not included every fact known to me about this investigation.  I have only

21    included those facts I believe are necessary to establish probable cause for the criminal complaint requested

22    herein.

23                            **STATEMENT OF PROBABLE CAUSE**

24    **ULISSES NAVARETTE is a known member of Vagos Motorcycle Gang**

25        7.    The Vagos Motorcycle Club (Vagos) has hundreds of members in the United States and Mexico

26    and poses a serious criminal threat to those areas in which its chapters are located. United States law enforcement

27    authorities report that the Vagos had approximately 300 members among 24 chapters located in the states of

28    California, Hawaii, Nevada, Oregon and three chapters located in Mexico. The Vagos produce, transport and

distribute methamphetamine and were also involved in the distribution of marijuana. The Vagos have also been implicated in other criminal activities including assault, extortion, insurance fraud, money laundering, murder, vehicle theft, witness intimidation and weapons violations. In the United States, the Vagos were mainly active in the Southwest and Pacific regions.

8.      From previous interactions with Kern County Sheriff's Office, **NAVARETTE** was known to be a Vagos member.

**ULISSES NAVARETTE convicted of a felony and sentenced to two years' probation**

9.      On May 19, 2023, **NAVARETTE** was convicted in Kern County Superior Court Case # MF014979A of a felony violation of California Penal Code Section 25850 (c)(6), carrying of a loaded handgun by someone who is not the registered owner of the handgun and sentenced to two years' probation.

10.     This felony conviction is punishable by a term of imprisonment exceeding one year under the California Penal Code.

11.     **NAVARETTE**'S probation included the condition, "You are to permit your person, residence, motor vehicle or possessions to be inspected or searched, by the probation officer or any law enforcement officer, at any time without prior notice to inspect or search and with or without reasonable cause for the following: weapons of any description."

12.     **NAVARETTE**'s probation terms also included the condition, "You must provide the Probation Department with a current address of the residence (or <u>any</u> place) where you sleep. You must immediately report a change of address to the Probation Department in person or by telephone within 24 hours, even if it is only for one night."

13.     The address listed on the Terms and Conditions of Probation/Mandatory Supervision form signed by **NAVARETTE** on August 29, 2023, was 20411 Dawn Ave.,  Tehachapi. Based on my training and experience, I know that Tehachapi is a town in Kern County, California.

**Probation search of ULISSES NAVARETTE's residence on June 17, 2024**

14.     On June 17, 2024, Deputies of the Kern County Sheriff's Office conducted a probation search of **NAVARETTE**'s residence, 20411 Dawn Avenue, Tehachapi, California. Upon arriving at the residence, **NAVARETTE**'s juvenile sons (14 y/o and 13 y/o) were home alone.

15.    During the search, in the hallway closet, Deputies found a large male denim vest with various

patches, pins, and a knife attached. The patches included a large green patch on the back of the vest with the word

"Vagos" and the letters "M" and "C" and a patch that read "California" below that. On the left of side of the vest

there was a green patch with the words "IN MEMORY OF MY VAGO BROTHERS." Below this patch was a

patch with the word, "Forever" a patch with the words "German Frank", and a patch with the word "Pandroso."

On the front of the vest was a patch with the word "VAGOS". Below that patch was another patch with the word,

"SGT. at ARMS" and a pin of a pistol. Next to these patches was a knife.



16.    Based on my training and experience, I know that members of outlaw motorcycle gangs wear

vests, referred to as "cuts" with patches and paraphernalia related to their gang membership. Based on my training

and experience, I know that outlaw motorcycle gangs highly regulate the use of their patches and that different

patches indicate membership, length of time affiliated with the gang, time served in prison, positions of authority

within the gang, and other significant information regarding the wearer's membership and activity. Based on my

training and experience, I know that Sergeant at Arms is an officer position common in many outlaw motorcycle

gangs. The Sergeant at Arms responsibilities include managing the gang's weapons and maintaining security for

the gang's officers and events. Based on my training and experience, gangs in general, including outlaw

motorcycle gangs, will share weapons among various members of the gang.

17.      On a couch in the living room where NAVARETTE's two juvenile sons were sitting during the time of the search, Deputies found a female denim vest with patches that included "I [heart] MY VAGO", "Property of Pinky", "VOL", and "Wifey" that were similar in green color background and text to the male denim vest found in the closet. In the pocket of this vest, Deputies found a Smith and Wesson revolver. Based on my training and experience, I know that females associated with the Vagos are referred to as "Ol' Ladies." I believe "VOL" on the denim vest stands for "Vagos Ol' Lady." Based on my training and experience I know that Ol' Ladies are not members of the Vagos and are only affiliated with the gang through their male significant other and are not allowed to participate directly in any of the gang's activities.

18.      Just inside the front door of the residence, on a table with framed pictures, Deputies found a photo of an adult male and female kissing. The male in the photo is wearing a vest similar in appearance to the vest Deputies found in the hallway closet. The female in the photo is wearing a vest similar in appearance to the vest Deputies found on the living room couch. The male in the photo is similar in appearance to the California Driver's License photo of **NAVARETTE**, as shown below.

 

19.      In the garage, which was also partially converted to a bedroom with a bed and a desk with a computer, Deputies found a Harley-Davidson motorcycle. The motorcycle did not bear any license plate but a records check of the VIN of the motorcycle was registered to **NAVARETTE**'s wife, ANGELICA DIAS DE LEON.

20.     In a compartment near the front left footrest, Deputies found a Springfield XD 9mm firearm serial number US904965. This compartment did not have a lock on it.  Near the motorcycle, Deputies found a motorcycle helmet with a "Vagos" sticker and a baseball cap with "Vagos" embroidered.

21.     I spoke with Bureau of Alcohol, Tobacco, and Firearms Special Agent Beau Jacobsen, who has special training and knowledge in identifying the origin of firearms. SA Jacobsen reviewed photographs of the Springfield XD 9mm firearm and confirmed that it was not manufactured in the state of California, therefore travelled in and affected interstate commerce.



22.     The motorcycle was seized by the Deputies and subsequently examined for latent fingerprints. Two latent prints matching **NAVARETTE**'s left middle and left ring fingers were found in the driver's area of the motorcycle on the front of the fuel tank chrome area forward of the gas cap. Another latent print was found matching **NAVARETTE**'s left palm on the top of the chrome gas cap.

23.     Based on my training and experience, I know that male members of outlaw motorcycle gangs usually are the drivers of the vehicles, and that female associates are usually the riders.

24.     Based on this training and experience, and the fact that the Springfield Armory 9 mm pistol was found in a compartment in front of the front footrest that would have been most accessible to the driver and that the NAVARETTE's fingerprints were located on the motorcycle, I believe this firearm was also in NAVARETTE's possession.

25.     There was also a refrigerator in the garage installed in a cutout of the garage wall. Deputies noticed that the cutout and wall did not protrude into room adjoining the garage. Rather, it appeared that additional walls had been constructed inside the garage to make a space for the refrigerator.



26.     Deputies noticed that the walls constructed allowed for more space than the refrigerator likely required.

27.     I observed on Body Worn Camera that single Deputy tried to pull the refrigerator out of place by himself but then required the assistance of an additional Deputy to remove it due to its weight and shape.

28.     Once both Deputies moved the refrigerator, they observed an additional open space in the wall to the left of the refrigerator.

 



29.    In that space,  Deputies located a black duffel bag and a blanket with American flag pattern wrapped around an object. When the Deputies pulled these items out of this space, they found a black SKS semi-automatic rifle serial number H-283110, wrapped in the American flag blanket.

30.    In the black duffel bag, deputies found a black AR-style short barrel rifle with no serial number, steel plated body armor, high-capacity magazines for an AR style rifle and a 9mm handgun, and boxes of ammunition of various calibers including .9mm handgun rounds and 5.56 AR rifle rounds.

  

31.    In the body worn camera video I reviewed, there was not a visible amount of dust on the flag or the duffel bags.

32.    This residence has been **NAVARETTE**'s address since at least a year before when he was first sentenced to probation.

33.     If the items had been left in the empty space and only accessed more than a year prior, I believe there would be more dust accumulated on the items. I believe that the duffel bag and blanket had not been in this storage area for more than a year.

34.     At the conclusion of the search, **NAVARETTE**'s juvenile son retrieved belongings from the bed in the garage and from the computer near this bed in the garage.

35.     In light of the firearms found during the search warrant, DIAS DE LEON was arrested at the residence and a Ramey warrant was issued for **NAVARETTE**'s arrest. On July 2, 2024, **NAVARETTE** turned himself at the Kern County Sheriff's Mojave Substation pursuant to the active Ramey Warrant.

36.     Based on the various indicia of Vagos outlaw motorcycle gang membership found throughout the household, the motorcycle with Vagos indicia found nearby, the latent prints belonging to **NAVARETTE** found on the motorcycle, I believe **NAVARETTE** is a member of the Vagos outlaw motorcycle gang.

37.     Based on the picture of a male matching the appearance of **NAVARETTE** wearing a vest matching the denim vest with Vagos patches found in the hallway, I believe the vest belonged to **NAVARETTE**. Based on the "Sgt. at Arms" patch found on this vest, I believe **NAVARETTE** is the Sergeant at Arms for his chapter of the Vagos motorcycle gang.

38.     Based on my training and experience previously described regarding the role of a Sergeant at Arms in an outlaw motorcycle gang, I believe **NAVARETTE** would have been responsible for the gang's firearms and other weapons. Based on my training and experience regarding the role of females in the Vagos, I do not think DE LEON would have been allowed to possess the weapons other than the revolver found in her vest.

39.     Based on the above and the location of the firearms in a hidden space in **NAVARETTE**'s residence, in bags and a blanket that did not appear to have been there for an extended period of time, I believe that **NAVARETTE** had knowledge of the firearms and ammunition the Deputies found in the space behind the refrigerator at his residence and intentionally possessed them.

## CONCLUSION

40.     Based on the facts set forth above, there exists probable cause to believe that ULISSES **NAVARETTE** committed the above-described offenses.

41.     Accordingly, I request that the Court issue a criminal complaint and arrest warrant for ULISSES **NAVARETTE**.

42.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

## REQUEST TO SEAL

43.    I further request that the Court seal all papers submitted in connection with this Affidavit, except that copies may be maintained by the U.S. Attorney's Office and may be served on counsel for the defendants, Special Agents and other law enforcement officers and federally deputized state and local law enforcement officers, and other government and contract personnel acting under the supervision of such law enforcement officers, as needed.  These documents pertain to an ongoing criminal investigation that is neither public nor known to all of the targets of this investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize this investigation, and better ensure the safety of agents and the general public at the time the search and arrest warrants are executed.

_____
Caleb Lyman, Special Agent
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone on _____October 22___, 2025.


_____
Hon.  Christopher D. Baker
United States Magistrate Judge


Reviewed as to form:


 /s/ Luke Baty
LUKE BATY