ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
Oct 31, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ULISSES NAVARETTE <br> aka ULISSES NAVARRETE, <br><br> Defendants. | CASE NO. 5:25-MJ-00084-CDB <br><br> **APPLICATION FOR ORDER UNSEALING CRIMINAL COMPLAINT** |

The United States applies to unseal the Criminal Complaint in the above-entitled case. On October 30, 2025, the Defendant was taken into custody by the United States Marshal Service. Due to the arrest of the Defendant, I now move the Criminal Complaint be unsealed so the Defendant can have his initial appearance.

Dated: October 30, 2025

ERIC GRANT
United States Attorney

By: /s/ LUKE BATY
LUKE BATY
Assistant United States Attorney

UNSEALING APPLICATION     1