IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ULISSES NAVARETTE<br>aka ULISSES NAVARRETE,<br><br>　　　　　　Defendant. | CASE NO. 5:25-MJ-00084-CDB<br><br>**ORDER UNSEALING CRIMINAL COMPLAINT** |

　　The United States, having arrested the defendant, ULISSES NAVARETTE ("Defendant"), on an arrest warrant and the need for sealing the Criminal Complaint as the Defendant NAVARETTE has ceased;

　　IT IS ORDERED that the Criminal Complaint shall be unsealed as to Defendant.

Dated: **Oct 31, 2025**

　　　　　　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

UNSEALING ORDER                                    1